UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TYRONE HILL,

    Plaintiff,

v.

CITY OF DETROIT *et al.*,

    Defendants.

Case No. 24-cv-13283
Hon. Matthew F. Leitman

_____/

## ORDER DIRECTING CLERK'S OFFICE TO REFUND FILING FEE

On December 10, 2024, Plaintiff Tyrone Hill initiated this action against the Defendants. (*See* Mot., ECF No. 1.)  When he did so, the action was mislabeled, and his counsel paid a filing fee in the amount of $52.00 in error. (*See* Dkt.)  This case is now in the process of being dismissed.  Accordingly, because the filing fee was paid in error, and because the case is being dismissed, the Court **DIRECTS** the Clerk of the Court to refund the filing fee, in full, to Hill's counsel Lisa Postula-Stein.

    **IT IS SO ORDERED.**

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated:  December 16, 2024

  I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2024, by electronic means and/or ordinary mail.

                s/Holly A. Ryan
                Case Manager
                (313) 234-5126