UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TYRONE HILL,

      Plaintiff,                               Case No. 24-cv-13283
                                                    Hon. Matthew F. Leitman

v.

CITY OF DETROIT, et al.,

      Defendants.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: December 17, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 17, 2024, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126